167 So.2d 184

**Charlton H. LYONS, Sr., et al.**

**v.**

**Honorable Wade O. MARTIN, Jr., Secretary of State.**

**No. 47486.**

Sept. 21, 1964.

In re: Charlton H. Lyons, Sr., et al. applying for writs of prohibition, certiorari and mandamus.

The application is denied. The judgment complained of is correct.

167 So.2d 184

**STATE of Louisiana**

**v.**

**Mathew LOMAS, Jr.**

**No. 47488.**

Sept. 21, 1964.

In re: Martin S. Sanders, Jr., Hiram J. Wright and Kermit Simmons applying for writs of certiorari, prohibition and mandamus.

Writ refused. The showing made does not warrant the exercise of our supervisory jurisdiction.